# United States Court of Appeals

## For the First Circuit

No. 08-1820

UNITED STATES OF AMERICA,

Appellee,

v.

NATANAEL DE LA PAZ-RENTAS, a/k/a NATO,

Defendant, Appellant.

_____

No. 08-1821

UNITED STATES OF AMERICA,

Appellee,

v.

VICTOR SANJURJO-NUNEZ,

Defendant, Appellant.

_____

No. 09-1397

UNITED STATES OF AMERICA,

Appellee,

v.

PEDRO MOLINA-BONILLA,

Defendant, Appellant.

_____

No. 09-1639

UNITED STATES OF AMERICA,

Appellee,

v.

WALDEMAR TORRES-GONZALEZ, a/k/a WALDY,

Defendant, Appellant.
_____

**ERRATA**

The opinion of this Court, issued on July 20, 2010, should be amended as follows.

On page 16, line 1 of 2nd full paragraph, delete "not" between "been" and "shown".